1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9
10

CHRISTOPHER ALFRED,

CASE No. 1:12-cv-01493-MJS (PC)

11

Plaintiff,

ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

12
13

v.

(ECF No. 18 and 19)

14

P.L. VAZQUEZ,

15
16

Defendant.

17

_____/

18      On September 13, 2012, Plaintiff Christopher Alfred, a state prisoner proceeding pro

19   se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  (ECF

20   No.1.)   On May 30, 2013, Plaintiff's Second Amended Complaint was screened and

21   dismissed, with leave to amend, for failure to state a cognizable claim.  (ECF No. 17.)

22   Plaintiff's was given leave to file an amended pleading by not later than June 30, 2013.

23   (Id.) The deadline passed without Plaintiff filing an amended complaint or a request for an

24   extension of time to do so.

25      On July 11, 2013, the Court issued an order requiring Plaintiff to show cause by not

26   later than July 29, 2013 why his case should not be dismissed for failure to comply with the

27   Court's order and failure to state a claim.  (ECF No. 18.)

28      On July 22, 2013, Plaintiff filed a response to the Court's order to show cause,

1

explaining that extended lock down conditions prevented him from filing an amended complaint. Plaintiff requests an extension of time to file his amended complaint. (ECF No. 19.)

Accordingly, for good cause shown IT IS HEREBY ORDERED that:

1.    The July 11, 2013 Order to Show Cause (ECF No. 18) is discharged, and

2.    Plaintiff's Motion for Extension of Time (ECF No. 19) is granted;  Plaintiff shall have thirty (30) days from the date of service of this Order in which to file an amended complaint.

3.    If Plaintiff fails to file an amended complaint in compliance with this Order, this action shall be dismissed, with prejudice, for failure to state a claim and failure to prosecute, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Di Vittorio 658 F.3d 1090 (9th Cir. 2011).


IT IS SO ORDERED.

Dated:   August 13, 2013                    /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE